**Order entered May 20, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01006-CV

**CONTINENTAL HERITAGE INSURANCE COMPANY, AGENT PAT KINNARD, D/B/A PAT KINNARD BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F18-41976-U**

### ORDER
Before Chief Justice Burns, Justice Goldstein, and Justice Smith

We **REINSTATE** this appeal.

On April 19, 2021, we abated this appeal to allow the trial court to perform its ministerial duty to sign an order in accordance with its ruling. A supplemental clerk's record has been filed with the trial court's signed order.

Appellant shall file its brief on the merits on or before **June 18, 2021**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE